In the Matter of the Accounting of GIOVANNI DEL DRAGO et al., as Executors of JOSEPHINE DEL DRAGO, Deceased.

GIOVANNI DEL DRAGO, Individually, et al., Appellants; BYRON CLARK, Jr., as Executor, et al., Respondents.

Argued June 4, 1942; decided July 29, 1942.

The following questions were certified:

"1. Were the services, for which an allowance is sought, rendered in a proceeding to construe the will of the decedent herein?

"2. Did the Surrogate have power, under the provisions of section 278 of the Surrogate's Court Act, to grant an allowance payable out of the estate as prayed for by the appellants herein?"

*Henry Cohen* and *Ludwig M. Wilson* for appellants.

*Anthony J. Caputo, Littleton Fox* and *Byron Clark, III*, for Byron Clark, Jr., as executor, respondent.

*Lawrason Riggs, Jr., special guardian* and *Enos Throop Geer* for Angela del Drago, et al., infants, respondents.

*Frank C. Laughlin* and *Joseph W. Kirkpatrick* for Corn Exchange Bank Trust Company, as trustee, respondent.

*Harold W. Hastings, special guardian* and *Sydney A. Hellenbrand* for infant remaindermen, respondents.

Order affirmed, with costs. Questions certified answered in the negative. No opinion. (See 289 N. Y. 760.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.